✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case**<br>**(For a Petty Offense)** — Short Form |
| v. | CM/ECF Case No. 4:26-PO-00157-AGH |
| RIGGS, ERIC J | Case No.    GM1    E2017440 |
| | USM No. |

_____
Defendant's Attorney

**THE DEFENDANT:** RIGGS, ERIC J

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-73 | FAILURE TO OBEY TRAFFIC CONTROL DEV | 11/12/2025 | 1 |

☑ Count(s) 1_____ ☑ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court .

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 0239

Defendant's Year of Birth: 1982

City and State of Defendant's Residence:
FORT BENNING, GA

05/20/2026
_____
Date of Imposition of Judgment

*Amelia G. Helmick*
_____
Signature of Judge

Amelia G. Helmick, US Magistrate Judge
_____
Name and Title of Judge

05/20/2026
_____
Date